IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00102-KDB-DSC

| | |
|---|---|
| PHILLIPS LANDING OF STATESVILLE LP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEYBANK NATIONAL ASSOCIATION, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Anthony J. Rospert and Kyle A. Hutnick]" (documents ##8-9) filed September 25, 2020. For the reasons set forth therein, the Motions will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: September 28, 2020

David S. Cayer
United States Magistrate Judge