# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Phillips Landing of Statesville, LP, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:20-cv-00102-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Keybank, National Association, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2021 Order.

August 10, 2021

_____
Frank G. Johns, Clerk
United States District Court